B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>MASSACHUSETTS | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Littleton Farm & Garden, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Littleton Agway, Lancaster Agway** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **04-3257638** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**687 Great Road**<br>**Littleton, Massachusetts**<br>ZIP CODE **01460** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WORCESTER** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Philip Dotten, 6 Fordway Road**<br>**Townsend, MA**<br>ZIP CODE **01469** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **Retail plant and garden**

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Littleton Farm & Garden, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Littleton Farm & Garden, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X *[signature]*<br>  Signature of Attorney for Debtor(s)<br>  **David M. Nickless, Esq.**<br>  Printed Name of Attorney for Debtor(s)<br>  **Nickless, Phillips and O'Connor**<br>  Firm Name<br><br>  **625 Main Street**<br>  **Fitchburg, Massachusetts 01420**<br>  Address<br>  **(978) 342-4590**<br>  Telephone Number<br>  Date  5/20/15<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>  Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>  Signature of Authorized Individual<br>  **Philip Dotten**<br>  Printed Name of Authorized Individual<br>  **President**<br>  Title of Authorized Individual<br>  Date  5/20/15 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Acadia Insurance Company
290 Donald Lynch Blvd
Marlborough, MA 01752


Achille Enterprises, Inc.
dba Achille Agway
PO Box 409
Keene, NH 03431-0409


Altus GTS Inc.
PO Box 1389
Kenner, LA 70063


American Pet Classics
604 McFarland/400 Drive
Alpharetta, GA 30004


Associated Credit Services, Inc.
115 Flanders Road, Ste 140
PO Box 5171
Westborough, MA 01581


AT&T
PO Box 536216
Atlanta, GA 30353


Aureolin Services
c/o Can Capital
2015 Vaughn Road
Suite 500
Kennesaw, GA 30144

Avidia Bank
42 Main Street
Hudson, ME 01749

Ayers Supply
2036 Newton Rransom Blvd
Clarks Summit, PA 18411


Baro Enterprises
PO Box 521
Townsend, MA 01469


Blue Cross Blue Shield
1 Enterprise Drive
Quincy, MA 02171


Blue Seal Feeds, Inc.
520 Hall Street
Bow, NH 03304-3105


Bormioli Rocco
41 Madison Avenue, 17th Floor
New York, NY 10010


Botanical Interests
660 Compton Street
Broomfield, CT 80020


Bradley Caldwell, Inc.
PO Box T
Hazelton, PA 01820


Brown's Hereford Farm
245 Ball Hill Road
Langdon, NH 03602


Burke's Advertising, LLC
9 Cedarwood Drive, Ste 11
Bedford, NH 03110

C & J Wood
193 Putnam Hill Road
Sutton, MA 01590


C.R. Tarr, Inc.
296 Putnma Road
Pomfret Center, CT 06259


Can Capital Asset Servicing, Inc.
414 W 14th Street
New York, NY 10014


Cargill Animal Nutrition, Inc.
8 Southwoods Blvd
Albany, NY 12211


Central Mass Sand & Gravel
435 Lancaster Street
Leominster, Ma 01453


Cherry Hill Farm
598 Leominster Road
Lunenburg, MA 01462


Circulars Unlimited
PO Box 111
18-20 Mechanic Street
Norwich, NY 13815


Coca Cola Bottling Co.
160 Industrial Avenue East
Lowell, MA 01852


Commerce Insurance Company
11 Gore Road
Webster, MA 01570

Co-Operative Feed Dealers, Inc.
PO Box 670
Conklin, NY 13748-0670


Curvrite, Inc.
3603 North Main Street
Wayland, MI 49348


Daniel Newman, Esq.
Daniels, Newman & Armstrong
1431 South Kingsway Road #158
Seffner, FL 33583-0158


Dave Passios
dba CR Solutions
56 Whiting Street
Lunenburg, MA 01462


David J. Fonte, Esq.
Osborne & Fonte
20 Eastbrook Road, Ste. 304
Dedham, MA 02026


Delta Dental of MA
465 Medford Street
Boston, MA 02129


Di-Rick Electric Co, LLC
PO Box 914
Clinton, MA 01510


E. Osterman Propane
PO Box 150
Whitinsville, MA 01588


Edward D. Jones & Co.
Attn: Ken Hang
461 Main Street
Fitchburg, MA 01420

Emergency Signal Systems, Inc.
91 Laurel Street
Leominster, Ma 01453


Farmers Live Animal Market Exchange, Inc
249 Lakeside Avenue
Marlborough, MA 01752


Fidelity Bank
9 Leominster Connector
Leominster, MA 01453


Fidelity Cooperative Bank
465 Shrewsbury Street
Worcester, MA 01604


First Data Global Leasing
PO Box 173845
Denver, CO 80217


Fitchburg Sentinel & Enterprise
808 Main Street
PO Box 730
Fitchburg, MA 01420


Gardner Farm & Home
633 W. Broadway Street
Gardner, MA 01440


Gift card holders
(unknown)


Hardwick Farmers Coop
Box 84
44 Lower Road
Hardwick, MA 01037

```
Hill's Pet Nutrition
Attn:  Consumer Affairs
PO Box 148
Topeka, KS 66601-0148


Howard B. D'Amico, Esq.
34 Mechanic Street
Worcester, MA 01608


Ideal Poultry Breeding Farms
PO Box 591
Cameron, TX 76520


Integra Systems
15 Kenny Robert Memorial Drive
Suffield, CT 06078


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures Staff, PO Box 9112
Boston, MA 02203




International Tire
38 Ramsdell Street
Newton, MA 02461
```

Jason D. Gregoire, Esq.
Sheehan Phinney Bass & Green
Manchester, NH 03101


Jasonic Security Corp
Po Box 321
Harvard, MA 01451-0321


Jeffrey M. Jacobs, Esq.
99 Corporate Drive
PO Box 2039
Binghampton, NY 13904


Kent Nutrition Group
2905 Highway 61 N
Attn: Bryan L. Fessler
Muscatine, IA 52761


Kent Nutrition Group
2905 Highway 61 N
Muscatine, IA 52761


Levy Diamond Bello & Associates LLC
Ingrid M. Oaxaca
PO Box 352
Milford, CT 06460-0352


Littleton Electric Light Dept.
PO Box 2406
Littleton, MA 01460-3406


MA Dept. of Revenue
Bankruptcy Unit, PO Box 9564
Boston, MA 02114-9564

MA Growth Capital Corp.
529 Main Street
The Schrafft Center
Ste 1M10
Boston, MA 02129

Marlin Business Bank
2795 E Cottonwood Pkwy
Salt Lake City, UT 84121

Marlin Leasing Corporation
Collections and Recovery Dept.
Attn: Patricia Salvatore
300 Fellowship Road
Mt. Laurel, NJ 08054

Marlin Leasing Corporation
300 Fellowship Road
Mt. Laurel, NJ 08054

Michael Ackroyd-Kelly
445 Olde Ayer Road
Groton, MA 01540

Monadnock Lift Truck Service
PO Box 293
Jaffrey, NH 03452

National Grid
PO Box 960
Northborough, MA 01532-0960

Netherland Bulb Co.
13 McFadden Road
Easton, Pa 18045

New England Seed Co.
3580 Main Street, Bldg 10
Attn: Edward Willard, President
Hartford, CT 06120

NMHG Financial Services, Inc.
10 Riverview Drive
Danbury, CT 06810


Noble Outfitters
4335 North Star Way, Bldg D
Modesto, CA 95356


Noel R. Bartsch
PO Box 7581
Fitchburg, MA 01420


North County Mulch
236 Maple Street
Bellingham, MA 02019


North Lacaster, LLC
Steve Boucher
435 Lancaster Street
Leominster, MA 01453


North Lancaster, LLC
c/o Steve Boucher
435 Lancaster Street
Leominster, MA 01453


Northland Industrial Truck Co.
6 Jonspin Road
Wilmington, MA 01887


Organic Control Inc.
PO Box 931
Harbor City, CA 90710


Pet Food Experts
PO Box 7119
Cumberland, RI 02864

Philip H. Dotten
6 Fordway Road
Townsend, MA 01469


Phillips Pet Food & Supplies
3747 Hecktown Road
Easton, MA 18045


Poulin Grain
3 Railroad Square
Newport, VT 05855


Powell Stone & Gravel Co., Inc.
133 Leominster-Shirley Road
Lunenburg, MA 01462


R.J. Potvin Co.
800 Main Street
Holden, Ma 01520-1838


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Republic Services
385 Dunstable Road
Tynsboro, MA 01879


Richard Towne, PC
154 East Central Street, Ste 203
Natick, Ma 01760


Ricky's Towing and Repair
PO Box 446
Leominster, MA 01453

Ryan D. Sullivan, Esq.
Sullivan Legal
188 Main Street, #201A
Wilmington, MA 01887


Seacoast Farms Compost Prod.
59 Columbus Ave.
Exeter, NH 03833


Seder & Chandler LLP
339 Main Street
Worcester, MA 01608


Semican International, Inc.
366, Rang 1011
Plessisville, Quebec G6L 2y2


Service Tool Co. LLC
PO Box 12240
New Iberia, LA 70562


Siri F. Boreske, Esq.
189 Bay State Road
Boston, MA 02215


Southern States Cooperative, Inc.
Gary A. Dickerson
PO Box 26234
Richmond, VA 23260


Tack Shack, LLC
154 Martin Road
Greemont, NH 03044


Tarter Gate
PO Box 82
10739 South Hwy 127
Dunnsville, KY 42528

TD Bank
PO Box 5600
Lewiston, ME 04243-5600


The Lowell Sun
491 Dutton Street
Lowell, MA 01854


Thomas E. Kenney, Esq.
Pierce &Mandell, P.C.
11 Beacon Street
Suite 800
Boston, ME 02108

Thomas M Bovenzi
14 Manning Ave
Suite 102
Leominster, MA 01453


Thompson & Morgan
110 West Elm Street
Tip City, OH 45371


Total Asset Solutions
28 Cindy Drive
Hooksett, NH 03106


Town of Lancaster
695 Main Street
Lancaster, MA 01523


Townsend Farmers Exchange
PO Box 4
15 Elm Street
Townsend, Ma 01469


U-Haul International
PO Box 21502
Phoenix, AZ 85036

ULine Shipping Supply Specialists
Attn:  Accounts Receivables
PO Box 88741
Chicago, IL 60680


Valfei Products Inc.
PO Box 185
Norton, VT 05907


Valley Green
253 Worcester Road (RTE 20)
Building E
Charlton, MA 01507


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon Wireless
500 Technology Drive, Ste 550
Weldon, MO 63304


 John Deere Financial

PO Box 5327
Madison, WI 53705-0327


Viola's Fitchburg Tire
PO Box 7674
Fitchburg, MA 01420


W. B. Mason
59 Centre Street
Brockton, MA 02308


Yankee Publishing
PO Box 520
Dublin, NH 03444

**UNITED STATES BANKRUPTCY COURT**
**Massachusetts**

In re: **Littleton Farm & Garden, Inc.**

Debtors

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **5/20/15**

Signed: _[signature]_

Dated: _____

Signed: _____

Signed: _[signature]_
David M. Nickless, Esq.
Attorney for Debtor(s)
Bar no.: 371920
625 Main Street
Fitchburg, Massachusetts 01420
Telephone No: (978) 342-4590
Fax No: (978) 343-6383

E-mail address:
dnickless.nandp@verizon.net

OFFICIAL LOCAL FORM 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                                    Case No.

         **Littleton Farm & Garden, Inc.**
                                                                   Chapter  7

                              Debtor

**DECLARATION RE: ELECTRONIC FILING**

**PART I - DECLARATION**

    I[We]_____**Littleton Farm & Garden, Inc.**_____and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my _Petition, Schedules and Statements_ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 5/20/15                                         _____
                                                       (Affiant)

                                                       _____
                                                       (Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 5/20/15                                         Signed: _____
                                                       (Attorney for Affiant - /s/used by Registered ECF Users Only)